IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70058-M |
| | § | |
| ANGEL ROJAS and YANETT ROJAS | § | CHAPTER 13 |
| | § | |
| DEBTORS. | § | |
| | § | |
| ANGEL AND YANETT ROJAS | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| CITICORP TRUST BANK, | § | |
| fsb f/k/a TRAVELERS BANK & TRUST; | § | |
| | § | ADVERSARY NO. 09-07003 |
| Defendant | § | |

## ORDER

The Court has considered Plaintiffs' Motion to Consolidate Objection to Claim Into Adversary Proceeding Pursuant to Bankruptcy Rules 7042 and 3007(b), has determined Plaintiffs' motion has merit. Therefore, it is ORDERED:

The Debtors' objection to Citicorp's claim, brought in the main bankruptcy case, Case No. 07-70058-M, Docket No. 38, is hereby consolidated into this Adversary Proceeding pursuant to Federal Rule of Bankruptcy Procedure 7042 and Federal Rule of Civil Procedure 42.

ORDER - Page 1

Dated: _____, 2009.

_____
UNITED STATES BANKRUPTCY JUDGE

**ORDER - Page 2**