

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

ENTERED
06/03/2009

| | | |
|---|---|---|
| IN RE: | § | |
| **ANGEL ROJAS**, *et al*, | § | Case No. 07-70058 |
| Debtor(s). | § | |
| | § | Chapter 13 |
| | § | |
| **ANGEL ROJAS**, *et al*, | § | |
| Plaintiff(s) | § | |
| | § | |
| VS. | § | Adversary No. 09-7003 |
| | § | |
| **CITI CORP TRUST BANK FSB; fka** | § | |
| **TRAVELERS BANK & TRUST,** | § | |
| Defendant(s). | § | Judge Isgur |

## ORDER FOR CONFERENCE

The Status Conference set for June 15, 2009 at 10:00 a.m. has been reset to **June 15, 2009 at 2:00 p.m.** at the United States Bankruptcy Court, United States Courthouse, 1701 W. Bus. Hwy. 83, McAllen, TX, 78501.   Plaintiff is to serve notice.

SIGNED **June 3, 2009.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE