## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ANGEL ROJAS and YANETT ROJAS, | § | CASE NO. 07-70058-M |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |
| ANGEL AND YENETT ROJAS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | Adv. Proc. No. 09-07003 |
| | § | |
| CITICORP TRUST BANK, fsb f/k/a | § | |
| TRAVELERS BANK & TRUST, | § | |
| | § | |
| Defendant. | § | |
| | § | |

### NOTICE REGARDING ADDITIONAL BRIEFING

On May 18, 2009, the Court conducted a hearing on the Motion to Dismiss filed by Citicorp Trust Bank, fsb f/k/a Travelers Bank and Trust ("CTB"). At that hearing, the Court afforded the parties the opportunity to provide additional authority from the Supreme Court of the United States or any court of appeals on the narrow issue of whether section 105 of the Bankruptcy Code can be utilized by the bankruptcy court when there is an established process for adjudicating claims and where Rule 9011 sanctions are available. CTB discovered no additional case authority directly addressing the question. Therefore, CTB stands on the briefing previously submitted to the court and its May 18, 2009 argument.

Dated:  June 8, 2009

Respectfully submitted,

DEFENDANT CITICORP TRUST BANK, fsb

By its attorneys,


/s/ *Elizabeth Freeman*
Edwin R. DeYoung
State Bar No. 05673000
Federal I.D. No. 18828
Roger Cowie
State Bar No. 00783886
Federal I.D. No 18886
Locke Lord Bissell & Liddell LLP
2200 Ross Ave., Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

and

Elizabeth Freeman
State Bar No. 24009222
Federal I.D. No  25464
600 Travis, Suite 3400
Houston, Texas 77002
Telephone:  (713) 226-1607
Facsimile:  (713) 229-2694


## CERTIFICATE OF SERVICE

The undersigned certifies that this **Notice** was served electronically on **Karen L. Kellett,** counsel for the Plaintiffs, on June 8, 2009 pursuant to Local Rule CV 5.1.

/s/ *Elizabeth Freeman*
Elizabeth Freeman