IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 07-70058-M |
| ANGEL ROJAS and YANETT ROJAS | § | CHAPTER 13 |
| DEBTORS. | § | |
| ANGEL AND YANETT ROJAS | § | |
| Plaintiffs, | § | |
| v. | § | |
| CITICORP TRUST BANK, fsb f/k/a TRAVELERS BANK & TRUST; | § | ADVERSARY NO. 09-07003 |
| Defendant | § | |

## ORDER

And now this ____ day of April, 2009, upon review of Plaintiffs' Motion For class Certification, and memorandum in support thereof, the defendant's opposition thereto, and all other papers and records on this motion:

It is hereby ORDERED and DECREED that Plaintiffs' Motion for Class Certification is GRANTED.  The Court hereby certifies the following class:

Individual debtors who filed or will file for protection under the United States Bankruptcy Code after January 1, 1999, and in which Citicorp Trust Bank FSB or CitiFinancial Mortgage Company, Inc. filed a proof of claim or will file a proof of claim.

The Court FINDS, based on the filings of record, evidentiary materials submitted to the court, and the record made at trial of the amended motion for class certifications, that the class meets all of the requirements of Fed. R. Civ. P. 23(a) and 23(b)(1)(A) and (b)(2) as made applicable to this proceeding by Fed. R. Bankr. P. 7023.

Angel and Yanett Rojas are appointed class representatives. Armstrong Kellett Bartholow, P.C. and The Stone Law Firm, PC. Are appointed class counsel pursuant to Fed. R. Civ. P. 23(g). The court finds, based on the filings of record, evidentiary materials submitted to the court, and the record made at trial, that counsel is adequate and meets the requirements of Rule 23(g)(1) and (4).

Angel and Yanett Rojas are directed to propose a formal plan for notiece pursuant to Fed. R. Civ. P. 23(c)(2) within 30 days of the date of this order.

DATED: _____    _____
UNITED STATES BANKRUPTCY JUDGE