

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

ENTERED
04/20/2010

| | | |
|---|---|---|
| IN RE: | § § § | |
| ANGEL ROJAS and YANETT ROJAS, | § § | CASE NO. 07-70058-M |
| Debtors. | § § | |
| ANGEL AND YANETT ROJAS, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Adv. Proc. No. 09-07003 |
| CITICORP TRUST BANK, fsb f/k/a TRAVELERS BANK & TRUST, | § § § | |
| Defendant. | § | |

## ORDER DISMISSING ADVERSARY PROCEEDING UNDER FED. R. BANKR. P. 7041

At a hearing before this Court on April 19, 2010, this Court considered and reviewed the SETTLEMENT AND GENERAL RELEASE AGREEMENT and LOAN MODIFICATION AGREEMENT (collectively, the "Agreements") entered into between CITICORP TRUST BANK FSB ("CTB") and ANGEL and YANETT ROJAS ("Debtors") in the above-styled adversary proceeding (the "Lawsuit"). Noting the agreement of the parties to dismiss this Lawsuit pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, IT IS ORDERED AS FOLLOWS:

1. The claims of the Debtors in this Lawsuit are dismissed with prejudice. The claims on behalf of the putative class asserted in this Lawsuit are dismissed without prejudice. The parties to this Lawsuit shall bear their respective costs. This Order disposes of all claims asserted in this Lawsuit and of all parties and is a final order.

Signed: APRIL 19, 2010

_____
MARVIN ISGUR
UNITED STATES BANKRUPTCY CHIEF JUDGE

**AGREED AS TO FORM:**

ARMSTRONG KELLETT BARTHOLOW P.C.

*/s/ Karen L. Kellett*
Karen K. Kellett
State Bar No. 11199520
11300 N. Central Expressway, Ste. 301
Dallas, Texas 75202
Telephone: (214) 696-9000
Facsimile: (214) 696-9001

ATTORNEYS FOR ANGEL AND YANETT ROJAS

LOCKE LORD BISSELL & LIDDELL LLP

*/s/ Edwin R. DeYoung*
Edwin R. DeYoung
State Bar No. 05673000
Federal I.D. No. 18828
2200 Ross Ave., Suite 2200
Dallas, TX 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

ATTORNEYS FOR CITICORP TRUST BANK, FSB f/k/a Travelers Bank & Trust